IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JESSIE LEE MANN**                                                                       **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 4:23-CV-45-MPM-JMV**

**WALMART STORES EAST, LP; AND**
**JOHN DOES 1-10**                                                            **DEFENDANTS**

## AGREED ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

This matter is before the Court on the Plaintiff's Unopposed Motion to Substitute Parties [Doc. 72] and the Court having reviewed the pleadings, and being advised that the parties agree, finds that the Motion is well taken and should be granted.

The Plaintiff's Unopposed Motion to Substitute Parties is hereby granted, and James William Mann as Conservator and Guardian of the Conservatorship and Guardianship of Jessie Lee Mann is hereby substituted as the Plaintiff in this cause of action.

**SO ORDERED**, this the 18th day of September, 2024.

                                                                   */s/ Jane M. Virden*
                                                                   **United States Magistrate Judge**

Agreed to:

| WAL-MART STORES EAST, LP | JESSIE LEE MANN |
|---|---|
| By:   */s/ Rajita Iyer Moss*<br>Thomas M. Louis (MSB No. 8484)<br>Rajita Iyer Moss (MSB No. 10518)<br>Wells, Marble & Hurst, PLLC<br>Post Office Box 131<br>Jackson, MS 39205-0131<br>Telephone No. (601) 605-6900<br>Facsimile No. (601) 605-6901<br>tlouis@wellsmarble.com<br>rmoss@wellsmarble.com | By:   */s/ Brennan J. Ducote*<br>Brennan Ducote (MSB No. 106470)<br>Morgan & Morgan, PLLC<br>4450 Old Canton Road, Suite 200<br>Jackson, MS 39211<br>Telephone No. (601) 503-1676<br>Facsimile No. (601) 503-1625<br>bducote@forthepeople.com |

1